## A01A0838. EDMONDSON et al. v. GILMORE.
(583 SE2d 172)

RUFFIN, Presiding Judge.

In *Edmondson v. Gilmore*,[1] this Court concluded that collateral estoppel barred Scott and Traci Edmondson from petitioning to adopt T. M. G. However, in *In re T. M. G.*,[2] the Supreme Court reversed this Court's opinion, concluding that the Edmondsons were free to proceed with the adoption. Accordingly, this Court's opinion in *Edmondson v. Gilmore* is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court. It follows that the ruling of the trial court is hereby reversed.

*Judgment reversed. Johnson, P. J., and Ellington, J., concur.*

DECIDED JUNE 4, 2003.

*Griner & Mirate, Galen A. Mirate, Melinda M. Katz*, for appellants.

*George M. Saliba II, Gregory A. Voyles, Charles R. Reddick*, for appellee.

[1] 251 Ga. App. 776 (554 SE2d 742) (2001).
[2] 275 Ga. 543 (570 SE2d 327) (2002).